United States District Court
Southern District of Texas
**ENTERED**
January 15, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YOLANDA D. SHOFFEITT,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:19-cv-00156 |
| WAL-MART STORES TEXAS, LLC,<br>Store No. 0595, *et al.*<br>Defendants. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 30) in the above-captioned case. The R&R recommended the Court deny Yolanda D. Shoffeitt's ("Plaintiff") "Motion to Remand" (Docket No. 15) and grant Wal-Mart Stores Texas, LLC's ("Defendant") "Opposed Rule 12(B)(6) Motion to Dismiss" ("Motion to Dismiss") (Docket No. 5). Objections were due January 13, 2020. No objections were filed by either party. After a *de novo* review of the record, the R&R is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's Motion to Remand is **DENIED** and Defendant's Motion to Dismiss is **GRANTED**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this 15th day of January, 2020.

_____
Rolando Olvera
United States District Judge